**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS ALEJANDRO GARCIA-APALCEDO,<br><br>Petitioner,<br><br>v.<br><br>JAIME RIOS, et al.,<br><br>Respondents. | Case No. 5:26-cv-04456-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 28, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE